**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: GERALD F FLEMING   JOINT DEBTOR: CYNTHIA A FLEMING   CASE NO.: 17-20775-RBR
Last Four Digits of SS# 9233        Last Four Digits of SS# 1722

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

 A. $ 1,574.00 for months 1 to 60 ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 6,100.00  TOTAL PAID $ 475.00
     Balance Due $ 5,625.00  payable $ 187.50 /month (Months 1 to 30 )

    Fee Itemization: $3,500.00 Base Legal Fee; $2,600.00 to file MMM Motion

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Bank of America    Arrearage on Petition Date  $ MMM
Address: 1800 Tapo Canyon Rd
    Simi Valley CA 93063
            MMM Payment  $ 1,243.41 /month (Months 1 to 60 )
Account No: 872551318

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM "MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY") WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  | 0% | $0 | ____ To ____ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____    Total Due  $_____
       Payable $_____/month (Months ___ to ___)
       Payable $_____/month (Months ___ to ___)

Unsecured Creditors: Pay $ 187.50 /month (Months 31 to 60 ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: DEBTORS WILL FILE MMM MOTION.


 /s/ **FILED ECF** _____   Date: September 22, 2017
Nowack &Olson, PLLC with knowledge and consent of the Debtor(s)

LF-31 (rev. 12/01/09)